KINGS HIGHWAY WOODWORKING CO., INC., Respondent, v. SAM SCHEINBLUM BUILDING CORPORATION and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

LAND FINANCE CORPORATION, Appellant, v. HOUGHTON ENGINEERING CO., INC., and JOHN J. MACDONALD, Defendants, and HOUGHTON E. VAN BUSKIRK, Respondent.— Order vacating execution against the person affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ., concur.

LIBERTY BUILDING MATERIAL CO., INC., Respondent, v. ESTHER VEKASSAY, Appellant, and Others, Defendants.— Judgment modified by deducting from the recovery the sum of eighty dollars and nineteen cents, admitted by the complaint to have been paid on account of the indebtedness, and as so modified unanimously affirmed, without costs. No opinion. Findings of fact numbered 6 and 8 are modified accordingly. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

HERBERT E. MARTINI, Doing Business under the Trade Name and Style of MARTINI ARTISTS' COLOR LABORATORIES, Appellant, v. A. C. HORN COMPANY and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty and Scudder, JJ.; Tompkins, J., not voting.